# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| DWAYNE SKIBBE and DEBORAH SKIBBE, | ) ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) ) | |
| | ) | File No. 16-cv-00192 |
| v. | ) ) | |
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST; and LAW OFFICES OF IRA T. NEVEL, LLC, | ) ) ) ) ) | JURY TRIAL DEMANDED  Honorable Harry D. Leinenweber |
| Defendants. | ) | |
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, | ) ) ) ) | |
| Counter-Plaintiff, | ) ) | |
| | ) ) | |
| v. | ) | |
| DWAYNE SKIBBE and DEBORAH SKIBBE, | ) ) | |
| Counter-Defendants. | ) ) | |

## NOTICE WITHDRAWING MOTION TO DISMISS [DKT ##35, 36]

Counter-Defendants Dwayne and Deborah Skibbe ("Skibbe") file this notice withdrawing their Rule 12 (b)(1) and 12(b)(6) motion to dismiss [DKT #35] and supporting memorandum [DKT # 36] against Counter-Plaintiff U.S. Bank Trust, N.A. as follows:

1. On December 13, 2016, Skibbe filed a motion to dismiss U.S. Bank's counterclaims and supporting memorandum pursuant to Federal Rules 12(b)(1) and 12(b)(6). On January 24, 2017, U.S. Bank filed amended counterclaims. [DKT #46.]

2. As such, Skibbe withdraws the motion and memorandum as moot. [DKT ## 35, 36]

Dated: February 1, 2017

Respectfully Submitted,

By: ___s:/Mara A. Baltabols____
Mara A. Baltabols – ARDC # 6299033
Sulaiman Law group, Ltd.
900 Jorie Blvd., Suite 150
Oak Brook, IL 60523

**CERTIFICATE OF SERVICE**

      I, Mara A. Baltabols, an attorney, certify that on February 1, 2017, I caused the foregoing **Notice of Withdrawal** to be served upon counsel of record through operation of the Court's Case Management/Electronic Case File (CM/ECF) system.

      */s/ Mara A. Baltabols*
      ----------------------------------------------
      Mara A. Baltabols – ARDC # 6299033
      Sulaiman Law Group, Ltd.
      900 Jorie Blvd., Suite 150
      Oak Brook, IL 60523
      Phone: (630) 575-8181
      *Attorneys for Skibbe*