UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DWAYNE SKIBBE and DEBORAH SKIBBE, | Plaintiffs, | ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION<br><br>File No. 16-cv-00192<br><br>JURY TRIAL DEMANDED<br><br>Honorable Harry D. Leinenweber |
| v. | | |
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST; and LAW OFFICES OF IRA T. NEVEL, LLC, | Defendants. | |
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, | Counter-Plaintiff, | ) ) ) ) ) ) ) ) ) ) |
| v. | | |
| DWAYNE SKIBBE and DEBORAH SKIBBE, | Counter-Defendants. | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **July 29, 2017 at 9:30 a.m.**, we shall appear before the **Honorable Harry D. Leinenweber** in **Room 1941** of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present **PLAINTIFFS DWAYNE AND DEBORAH SKIBBE'S MOTION FOR ADDITIONAL DEPOSITION EXAMINATION OF DEFENDANT U.S. BANK AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST**, which was served upon you as indicated on the attached Certificate of Service.

*/s/ Mara A. Baltabols*
-------------------------------------
Mara A. Baltabols, No. 6299033
SULAIMAN LAW GROUP, LTD.
Attorney for Skibbes

Sulaiman Law Group, Ltd.
Mara A. Baltabols (ARDC# 6299033)
900 Jorie Boulevard, Suite 150
Oak Brook, Illinois 60523

1

# **CERTIFICATE OF SERVICE**

       I, Mara A. Baltabols, an attorney, certify that on June 22, 2017, I caused the foregoing **Notice of Motion** to be served upon counsel of record through operation of the Court's Case Management/Electronic Case File (CM/ECF) system.


       */s/ Mara A. Baltabols*
       ---------------------------------------------
       MARA A. BALTABOLS, No. 6299033
       SULAIMAN LAW GROUP, LTD.
       Attorney for Skibbes
       900 JORIE BOULEVARD, SUITE 150
       OAK BROOK, ILLINOIS 60523
       (630) 575-8181