UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DWAYNE SKIBBE and DEBORAH SKIBBE, | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| | ) | File No. 16-cv-00192 |
| v. | ) | |
| | ) | |
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST; and LAW OFFICES OF IRA T. NEVEL, LLC, | ) | JURY TRIAL DEMANDED |
| | ) | |
| | ) | Honorable Harry D. Leinenweber |
| Defendants. | ) | |
| | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **August 10, 2017 at 9:30 a.m.**, we shall appear before the **Honorable Harry D. Leinenweber** in **Room 1941** of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present **PLAINTIFFS DWAYNE AND DEBORAH SKIBBE'S MOTION TO STRIKE DEFENDANT IRA T. NEVEL'S AMENDED AFFIRMATIVE DEFENSES**, which was served as indicated on the attached Certificate of Service.

Submitted by Counsel for Plaintiffs:

*/s/ Ross Zambon*
Ross Zambon (# 6279456)
Zambon Law Ltd.
Sulaiman Law Group, Ltd. (*of Counsel*)
2500 S. Highland Ave., Suite 200
Lombard, IL 60148

## **CERTIFICATE OF SERVICE**

   I, Ross M. Zambon, an attorney, certify that on August 7, 2017, I caused the foregoing **Notice of Motion** to be served upon counsel of record through operation of the Court's Case Management/Electronic Case File (CM/ECF) system.

*/s/ Ross Zambon*
Ross Zambon (# 6279456)
Zambon Law Ltd.
Sulaiman Law Group, Ltd. (*of Counsel*)
2500 S. Highland Ave., Suite 200
Lombard, IL 60148