AO 133    (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

| | |
|---|---|
| Dwayne Skibbe and Deborah Skibbe | ) |
| | ) |
| v. | )    Case No.: 16 c 192 |
| U.S. Bank Trust, N.A. as Trustee for the LSF9 | ) |
| Master Participation Trust et al. | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on   <u>02/15/2018</u>   against   <u>Dwyane & Deborah Skibbe</u>,
                                                   *Date*

the Clerk is requested to tax the following as costs:

| | | |
|---|---|---:|
| Fees of the Clerk | . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $    0.00 |
| Fees for service of summons and subpoena | . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | . . . . . . | 2,908.86 |
| Fees and disbursements for printing | . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for witnesses *(itemize on page two)* | . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. | . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Docket fees under 28 U.S.C. 1923 | . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Costs as shown on Mandate of Court of Appeals | . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of court-appointed experts | . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | . . . . . | 0.00 |
| Other costs *(please itemize)* | . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| | TOTAL    $ | 2,908.86 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

      I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

     ☑  Electronic service                  ☐  First class mail, postage prepaid

     ☐  Other:  _____

       s/ Attorney:     <u>/s/ Kathleen A. Stetsko</u>

          Name of Attorney:  <u>Kathleen A. Stetsko</u>

For:     <u>U.S. Bank Trust, N.A. as Trustee for the LSF9 Master Participation Trust</u>     Date:    <u>02/19/2018</u>
                                        *Name of Claiming Party*

## Taxation of Costs

Costs are taxed in the amount of  _____  and included in the judgment.

_____    By:   _____    _____
       *Clerk of Court*                              *Deputy Clerk*                     *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | |
|---|---|---|---|---|---|---|---|
| **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** | | | | | | | |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | Total Cost Each Witness |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | **TOTAL** | | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

## RULE 6

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).
**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

**Itemization of Transcript Fees**

| | |
|---|---:|
| Transcript for Dwayne and Deborah Skibbe Depostions | $ 1,094.45 |
| Transcript for Linda Harris Deposition | $ 246.30 |
| Transcript for Kerry Ann Chapman and Eva Skibbe Depostions | $ 457.25 |
| Transcript for Ira Nevel Deposition | $ 291.65 |
| Transcript for Jamar Harris Deposition | $ 735.21 |
| Court Transcript of May 11, 2016 Hearing | $ 7.20 |
| Court Transcript of June 27, 2017 Hearing | $ 67.20 |
| Court Transcript of September 26, 2017 Hearing | $ 9.60 |

# INVOICE

**JENSEN**
Litigation Solutions
Worldwide Coverage
312.236.6936 | 877.653.6736 | Fax 312.236.6968
www.jensenlitigation.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 377236 | 3/28/2017 | 164614 |
| **Job Date** | **Case No.** | |
| 3/10/2017 | 16 CV 00192 | |
| **Case Name** | | |
| Skidde vs. US Bank | | |
| **Payment Terms** | | |
| Net 30 | | |

\* A P 1 2 1 1 1 2 8 \*

Kate Stetsko
Perkins Coie, I
131 South De:
Suite 1700
Chicago, IL  60603-5559

| | | | |
|---|---|---|---|
| **CERTIFIED ORIGINAL TRANSCRIPT** | | | |
| ▷ ¢ Deborah Skibbe, 3/10 | **Received** | 77.00 Page(s) | 281.05 |
| Attendance (2-hour Minimum) | | 5.00 Hour(s) | 300.00 |
| Electronic Transcript | **APR 07 2017** | | 35.00 |
| Original Exhibits Returned Via Courier | ACCOUNTS PAYABLE | | 20.00 |
| **CERTIFIED ORIGINAL TRANSCRIPT** | | | |
| Dwayne Skibbe | | 116.00 Page(s) | 423.40 |
| Electronic Transcript | | | 35.00 |

70329-0327

Client Matter No.: 70329-0327

**TOTAL DUE >>>**     **$1,094.45**

13003

Notification sent on 3 - 28 - 17
Original exhibits sent via courier on 3 - 28 - 17

Make Jensen Litigation Solutions your comprehensive resource for trial services!
Presentation Consulting | Database Construction | Demonstrative Design & Printing
Equipment Rentals | Jury Research | Day-In-The-Life Videos

Call Today For More Information!

OK to pay

**Tax ID:** 47-2685460

Phone: 312-324-8400  Fax:312-324-9400

*Please detach bottom portion and return with payment.*

Kate Stetsko
Perkins Coie, LLP
131 South Dearborn Street
Suite 1700
Chicago, IL  60603-5559

70329-0327

| | |
|---|---|
| Job No. : 164614 | BU ID : 1-MAIN |
| Case No. : 16 CV 00192 | |
| Case Name : Skidde vs. US Bank | |
| Invoice No. : 377236 | Invoice Date : 3/28/2017 |
| **Total Due** : **$ 1,094.45** | |

**PAYMENT WITH CREDIT CARD**   AMEX   VISA

| |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:     Phone#: |
| Billing Address: |
| Zip:     Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |
| Email: |

**Remit To:** **Jensen Litigation Solutions**
         **180 North LaSalle Street, Suite 2800**
         **Chicago, IL  60601**

O 70329- 0327

# INVOICE


**JENSEN**
Litigation Solutions
Worldwide Coverage
312.236.6936 | 877.653.6736 | Fax 312.236.6968
www.jensenlitigation.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 380511 | 5/9/2017 | 166329 |
| **Job Date** | **Case No.** | |
| 4/20/2017 | 16 CV 00192 | |
| **Case Name** | | |
| Skibbe vs. US Bank | | |
| **Payment Terms** | | |
| Net 30 | | |

* A P 1 2 1 7 6 3 8 *

Jasmina Vajzovic
Perkins Cole, LLF
131 South Dearb
Suite 1700
Chicago, IL  60603-5559

| CERTIFIED ORIGINAL TRANSCRIPT | | |
|---|---|---|
| Linda Harris, 4/20 | | |
| 22.00 Page(s) | | 91.30 |
| Attendance (2-hour Minimum) | | |
| 2.00 Hour(s) | | 120.00 |
| Electronic Transcript | | 35.00 |
| | **TOTAL DUE >>>** | **$246.30** |

Notification sent on 5-9-17

Make Jensen Litigation Solutions your comprehensive resource for trial services!
Presentation Consulting | Database Construction | Demonstrative Design & Printing
Equipment Rentals | Jury Research | Day-In-The-Life Videos

Call Today For More Information!

13003

S/O 0.70.329-0327

Received

MAY 16 2017

ACCCUNTS PAYABLE

**Tax ID:** 47-2685460

Phone: 312-324-8400    Fax:312-324-9400

*Please detach bottom portion and return with payment.*

Jasmina Vajzovic
Perkins Cole, LLP
131 South Dearborn Street
Suite 1700
Chicago, IL  60603-5559

| Job No. | :. 166329 | BU ID | : 1-MAIN |
|---|---|---|---|
| Case No. | : 16 CV 00192 | | |
| Case Name | : Skibbe vs. US Bank | | |
| Invoice No. | : 380511 | Invoice Date | : 5/9/2017 |
| **Total Due** | : **$246.30** | | |

| PAYMENT WITH CREDIT CARD | |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To:    Jensen Litigation Solutions
180 North LaSalle Street, Suite 2800
Chicago, IL  60601

070329-0327

# INVOICE



JEN
Litigation
Worldw
312.236.6936 | 877.6
www.Jense

* A P 1 2 1 7 9 0 6 *

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 380653 | 5/11/2017 | 166330 |
| **Job Date** | **Case No.** | |
| 4/27/2017 | 16 CV 00192 | |
| **Case Name** | | |
| Skibbe vs. US Bank | | |
| **Payment Terms** | | |
| Net 30 | | |

Jasmina Vajzovic
Perkins Coie, LLP
131 South Dearborn Street
Suite 1700
Chicago, IL 60603-5559

Received

MAY 22 2017

ACCOUNTS PAYABLE

| | | |
|---|---|---|
| CERTIFIED ORIGINAL TRANSCRIPT | 13003 | |
| Kerry Ann Chapman | 37.00 Page(s) | 135.05 |
| · Electronic Transcript | 070329-0327 | 35.00 |
| CERTIFIED ORIGINAL TRANSCRIPT | | |
| Eva Skibbe  4/27 | 28.00 Page(s) | 102.20 |
| Attendance (2-hour Minimum) | 2.50 Hour(s) | 150.00 |
| Electronic Transcript | | 35.00 |
| | **TOTAL DUE >>>** | **$457.25** |

Notification sent on 5-11-2017

Make Jensen Litigation Solutions your comprehensive resource for trial services!
Presentation Consulting | Database Construction | Demonstrative Design & Printing
Equipment Rentals | Jury Research | Day-In-The-Life Videos

Call Today For More Information!

Tax ID: 47-2685460

Phone: 312-324-8400    Fax:312-324-9400

*Please detach bottom portion and return with payment.*

Jasmina Vajzovic
Perkins Coie, LLP
131 South Dearborn Street
Suite 1700
Chicago, IL 60603-5559

| | | | |
|---|---|---|---|
| Job No. | : 166330 | BU ID | : 1-MAIN |
| Case No. | : 16 CV 00192 | | |
| Case Name | : Skibbe vs. US Bank | | |
| Invoice No. | : 380653 | Invoice Date | : 5/11/2017 |
| **Total Due** | : **$457.25** | | |

Remit To:   **Jensen Litigation Solutions**
**180 North LaSalle Street, Suite 2800**
**Chicago, IL 60601**

**PAYMENT WITH CREDIT CARD**    AMEX  MC  VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:                Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

2060320-001


*AP1222075*

# County Court Reporters, Inc.

County View Centre
600 South County Farm Road
Suite 200
Wheaton, Illinois 60187
(630) 653-1622

Received

**JUN 01 2017**

ACCOUNTS PAYABLE

008155

PERKINS, COIE, LLP
ATTORNEYS AT LAW
131 S. DEARBORN STREET
SUITE 1700
CHICAGO          IL 60603
ATTN: MS. KATHLEEN STETSKO

Terms: Net 30 Days

| INVOICE DATE | FEDERAL I.D. NO. |
|---|---|
| 05/22/17 | 36-3051-796 |

| INVOICE NUMBER | JB# |
|---|---|
| 120563 | 063237 |

PLEASE ENCLOSE YELLOW COPY WITH
YOUR REMITTANCE

MEG

OK 60 Days
V0329 - 0327
Kathleen Stetsko
(MS)

| REFERENCE | | CHARGES |
|---|---|---|
| RE: SKIBBE VS. US BANK & TRUST | | |
| 2016 CV 00192 | | |
| THE DISCOVERY DEPOSITION OF IRA T. | | |
| NEVEL, TAKEN AT MR. NEVEL'S OFFICE | | |
| ON MAY 5TH, 2017 | | |
| (VIA E-MAIL W/EXHIBITS) | | |
| | | |
| TRANSCRIPT FEE: | | 240.35 |
| (COPY) | | |
| | | |
| SCANNING EXHIBITS | | 51.30 |

(70329- 0327
113003

TOTAL ⬆

| | TOTAL BALANCE DUE |
|---|---|
| ⬆ | **291.65** |

CLIENT COPY

I T Nevel's

| DATE TAKEN | CURRENT | 30 DAYS PAST DUE | 60 DAYS PAST DUE | 90 DAYS PAST DUE |
|---|---|---|---|---|
| 05/05/17 | 291.65 | .00 | .00 | .00 |

# INVOICE

U.S. Legal Support
5910 N. Central Expressway
Suite 100
Dallas, TX 75206
Phone:214-741-6001  Fax:214-741-6824

**★ A P 1 2 2 6 5 3 5 ★**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 140014848 | 6/7/2017 | 242244 |
| **Job Date** | **Case No.** | |
| 5/19/2017 | 16CV00192 | |
| **Case Name** | | |
| Dwayne Skibbe and Deborah Skibbe v. U.S. Bank Trust, N.A. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

**RECEIVED**

*By Annette Chrisostomo at 1:46 pm, Jun 30, 2017*

Kathleen Stetsko
Perkkins Coie, LLP
131 South Dearborn Street
Suite 1700
Chicago, IL 60603

ELECTRONIC COPY OF DEPOSITION OF
Jamar Harris , 5/19

735.21

**TOTAL DUE >>>** **$735.21**
AFTER 7/22/2017 PAY $845.49

Thank you for your business.  If you have any billing questions, please email swbilling@uslegalsupport.com.  We will respond within 24 hours.

*Oktopay*
*Bill*

70329-0327

($53.20) 040-210017-X

$53.30  040-8810W-0890

70329-0327
1303

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

**Tax ID: 76-0523238**

Phone: 312.324.8512   Fax:

---

*Please detach bottom portion and return with payment.*

Kathleen Stetsko
Perkkins Coie, LLP
131 South Dearborn Street
Suite 1700
Chicago, IL 60603

Job No.     : 242244         BU ID    : 2-DAL
Case No.   : 16CV00192
Case Name  : Dwayne Skibbe and Deborah Skibbe v. U.S.
               Bank Trust, N.A.

Invoice No. : 140014848       Invoice Date : 6/7/2017
**Total Due : $ 735.21**
AFTER 7/22/2017 PAY $845.49

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

Remit To: **U.S. Legal Support**
**P.O. Box 4772-14**
**Houston, TX  77210-4772**

22-2031

DN0329-0327

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 20170691

**MAKE CHECKS PAYABLE TO:**

Ms. Jasmina Vajzovic
Perkins Coie, LLP
Suite 1700
131 South Dea
Chicago, IL 60

Phone:

jvajzovic@perkins~~coie.com~~

Judith A. Walsh, CSR, RDR,CRR
Walsh Studios, Inc.
Suite 1944
219 South Dearborn Street
Chicago, IL 60604
Phone:   (312) 702-8865

Tax ID:   80-0602305
judith_walsh@ilnd.uscourts.gov

* A P 1 2 0 4 7 1 9 *

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 02-15-2017 | DATE DELIVERED: |
|---|---|---|---|

**Case Style:** 16 CV 00192, Skibbe v U.S. Bank

Invoice for a copy of the transcript of proceedings before the Hon. Harry Leinenweber on May 11, 2016. Once your payment is received, the transcript will be emailed to you within your preferred delivery schedule.   Thank you.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | 8 | 0.90 | 7.20 | | | | 7.20 |
| Expedited | | | | | | | Received | | | |
| Daily | | | | | | | FEB 21 2017 | | | |
| Hourly | | | | | | | ACCOUNTS PAYABLE | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | 52 ¢ tax | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 7.20 |
| 070329-0327 | | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | |
| | | | | | | | TAX (If Applicable): | | | |
| NON | | | | | | | LESS AMOUNT OF DEPOSIT: | | | |
| PROVAL | | | | | | | TOTAL REFUND: | | | |
| | | | | | | | TOTAL DUE: | | | $7.20 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE: 02-15-2017 |
|---|---|

(All previous editions of this form are cancelled and should be destroyed)

170272_A000394

10/5/2017     View Invoice | Reporter Suite - App for Court Reporters, Scopists and Proofreaders. Manage reports, invoices, expenses, time tracking, case lo...

| | |
|---|---|
| **United States District Court** | Date: 10/05/2017 |
| **Northern District of Illinois** | Invoice Number: 201700853 |
| | Re: Skibbe |

**To:**

**Perkins Cole**
**Ms. Jasmina Vajzovic**
131 South Dearborn Street, Suite 1700
Chicago, IL, 60605
Phone: (312) 324-8536
Email: jvajzovic@perkinscole.com

**Make Checks Payable To:**

**Judith A. Walsh, CSR, RDR, F/CRR**
**Official US Court Reporter**
EIN / Tax ID: 80-0602305
219 South Dearborn Street
Suite 1944
Chicago, IL, 60604
Phone: (312) 702-8865
Email: jwalshcsr@att.net

## Case Details:

**Case Number:** 16 CV 00192
**Case Title:** Skibbe vs. U.S. Bank Trust
**Case Description:** Copy of transcript from 6/27/17 and original of
proceedings held 7/12/17. Once your payment is received, the
transcript will be prepared and emailed to you within your preferred
delivery schedule. Thank you.
**Criminal or Civil:** Civil

**Proceeding Date:** Jun 27, 2017
**Judge Hearing Case:** Leinenweber

## Transcripts:

**Date Ordered:** Oct 05, 2017

## Charges:

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| Expedited Original | 12 | $4.85 | $58.20 |
| Expedited 1st Copy | 10 | $0.90 | $9.00 |

**Total:** $67.20
**Amount Due:** $67.20

## Notes

I apologize, but no credit cards are accepted. Once your payment is received, the transcript will be prepared and emailed to you upon completion. Thank you. I certify that the
transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States. /s Judith A. Walsh, CSR, RDR,
F/CRR

/s/ Judith Walsh

9/29/2017  View Invoice | Reporter Suite - App for Court Reporters, Scopists and Proofreaders. Manage reports, invoices, expenses, time tracking, case lo…

**United States District Court**
**Northern District of Illinois**

Date: 09/29/2017
Invoice Number: 201700850
Re: Skibbe

**To:**

**Perkins Cole**
**Ms. Jasmina Vajzovic**
131 South Dearborn Street, Suite 1700
Chicago, IL, 60605
Phone: (312) 324-8536
Email: jvajzovic@perkinscole.com

**Make Checks Payable To:**

**Judith A. Walsh, CSR, RDR, F/CRR**
**Official US Court Reporter**
EIN / Tax ID: 80-0602305
219 South Dearborn Street
Suite 1944
Chicago, IL, 60604
Phone: (312) 702-8865
Email: jwalshcsr@att.net

**Case Details:**

**Case Number:** 16 CV 00192
**Case Title:** Skibbe vs. U.S. Bank Trust
**Case Description:** Copy of transcript of proceedings held 9/26/17
before Hon. Harry Leinenweber. Once your payment is received,
the transcript will be prepared and emailed to you. Thank you.
**Criminal or Civil:** Civil

Proceeding Date: Sep 26, 2017

**Transcripts:**

**Date Ordered:** Sep 27, 2017
**Transcripts Requested By:** Laritza Arcos

**Charges:**

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| Daily 1st Copy | 8 | $1.20 | $9.60 |

**Total:** $9.60
**Amount Due:** $9.60

**Notes**

I apologize, but no credit cards are accepted. Once your payment is received, the transcript will be prepared and emailed to you upon completion. Thank you. I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States. /s Judith A. Walsh, CSR, RDR, F/CRR

/s/ Judith Walsh

1/1